# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

IN RE:                                        CASE NO.: 20-40087-KKS
                                             CHAPTER 13

TERI MORRISON

       Debtor                          /

## CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR'S
## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN (DOC. 51)

**COMES NOW**, LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files her Objection to Debtor's Motion to Modify Confirmed Chapter 13 Plan (Doc. 51), and states:

1. The Trustee has reviewed the Debtor's Motion to Modify Confirmed Chapter 13 Plan (Doc. 51) and Second Amended Chapter 13 Plan (Doc. 52).

2. Part 3.1 of the Plan reflects NONE; however, the Plan also proposes for the Trustee to disburse monthly mortgage payments to AmeriFirst Home Mortgage in the amount of $602.00 per month. The Plan further provides for the Trustee to cure a post-petition mortgage arrearage; however, the Plan fails to state which month the Trustee is to begin disbursing mortgage payments and/or the number the payments to be made by the Trustee. Therefore, the Trustee is unable to determine the total amount of the mortgage claim to be disbursed through the Plan. Further,

the Notice of Mortgage Payment Change filed May 7, 2021 reflects the mortgage payments are $600.59 beginning June 1, 2021.

3. It appears that the Plan base is not sufficient to pay all allowed secured, priority and administrative claims.

4. The Plan does not provide for treatment of home mortgage payments and escrow amounts upon filed notification(s) of mortgage payment changes, including Plan base adjustments needed to ensure feasibility of the Plan or to meet the liquidation test or to pay the minimum distribution amount due, if applicable.

5. The Debtor has failed to provide a copy of the 2020 United States Income Tax Return, and any applicable refund, to the Chapter 13 Trustee. A Motion to Dismiss is pending.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
850-681-2734 "Telephone"
850-681-3920 "Facsimile"

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

TERI MORRISON
86 LISA DRIVE
CRAWFORDVILLE, FL 32327

LEIGHANNE BOONE
UPRIGHT LAW LLP
207 WEST PARK AVE., SUITE B
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                                              /s/Leigh Duncan Glidewell
                                              /s/William J. Miller, Jr.
                                                  OFFICE OF CHAPTER 13 TRUSTEE

June 18, 2021