**UNITED STATE BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:

Teri Morrison

Debtor.

Case No: 20-40087-KKS

Chapter 13

**Debtor's Motion to Use 2020 Tax Refund (Negative Notice)**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
>
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Leighanne Boone, The Boone Law Firm, 207 W. Park Ave, Ste. A, Tallahassee, FL 32301, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Comes now the Debtor who states as follows:

1. This Chapter 13 case was filed on March 2, 2020.
2. The Debtor requests to use their 2020 Federal Income Tax Refund in the amount $1,312.89 for necessary expenses.
3. The Chapter 13 plan provides that 30% of the Debtor's refund shall be paid to the trustee.
4. The Debtor will dedicate future tax refunds to the trustee in order to repay the 2020 tax refund.

5. The Debtor's use of their 2020 income tax refund shall not prejudice their creditors.

6. The Debtor(s) shall increase the Plan payments commencing September 2021 by $30.53, for a new Plan payment of $1081.50 for a total of forty-two (42) months; and then one final Plan payment in month 60 in the amount of $1,108.60.

                    Respectfully submitted by:   /s/ Leighanne Boone
                                                    Leighanne Boone, Esq.
                                                    FL Bar No: 107308
                                                    **The Boone Law Firm, PA**
                                                    207 West Park Ave, Suite A
                                                    Tallahassee, FL 32301
                                                    (850) 895-1437
                                                    LBoone@TheBooneLawFirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing was served on the day of filing via email by the CM/ECF filing system upon:

Leigh D. Hart on behalf of Trustee Leigh D. Hart ldhdock@earthlink.net

Patrick Hruby on behalf of AmeriFirst Home Mortgage wbecf@brockandscott.com

United States Trustee USTPRegion21.TL.ECF@usdoj.gov

                                                                           /s/ Leighanne Boone
                                                                          Leighanne Boone, Esq.