UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                              CASE NO.: 20-40087-KKS
                                                    CHAPTER 13

TERI MORRISON

_____Debtor._____/

### AGREED ORDER DENYING CHAPTER 13 TRUSTEE'S MOTION TO DISMISS WITH CONDITIONS (ECF NO. 82)

**THIS CASE** came before the Court on the Chapter 13 Trustee's *Motion to Dismiss* (ECF No. 82; the "Motion") and the Court being fully advised;

**IT IS ORDERED** that:

1. The Trustee's Motion to Dismiss is DENIED, provided the Debtor(s) complies with the condition(s) in this Order.

2. Debtor(s) shall cure the accrued delinquency through Febraury2022 in the amount of $1,426.09 within forty-five (45) days from the date of the order. This payment shall not relieve the Debtor(s) of the obligation to make each and every payment due under the Plan.

3. The Court shall enter a Strict Compliance Order simultaneously with the entry of this Order.

4. If the Debtor(s) fails to comply with the aforementioned

condition(s), the Trustee shall submit a Notice of Failure to Comply with Order Denying Chapter 13 Trustee's Motion to Dismiss With Conditions, and the Court shall enter an Order Dismissing Case without further notice or hearing.

**DONE AND ORDERED** on February 16, 2022.

_____
KAREN K. SPECIE
CHIEF U.S. BANKRUPTCY JUDGE

LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.

THIS ORDER PREPARED BY:
LEIGH DUNCAN GLIDEWELL, ESQ.
CHAPTER 13 TRUSTEE
P. O. BOX 646
TALLAHASSEE, FL 32302