**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                                                    CASE NO.: 20-40087-KKS
                                                                                                 CHAPTER 13

TERI MORRISON

   Debtor(s)                              /

**CHAPTER 13 TRUSTEE'S RESPONSE TO**
*DEBTOR'S RESPONSE TO CHAPTER 13 TRUSTEE'S*
<u>*MOTION TO DISMISS* **(ECF NO. 93)**</u>

  **COMES NOW**, LEIGH DUNCAN GLIDEWELL, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Response to *Debtor's Response to Chapter 13 Trustee's Motion to Dismiss* (ECF No. 93, the "Response"), and states:

  1. The Trustee has reviewed said Response.

  2. The Debtor(s) represents in the Response that she intends to be current with her Plan payments by November 15, 2022, and that she will also submit her annual statement and 2021 tax return as soon as possible.

  3. The Debtor(s) is currently delinquent $1,640.09 through December 2022. In addition, the Debtor(s) has failed to submit the 2021 tax return.

**RESPECTFULLY SUBMITTED**.

/s/Leigh Duncan Glidewell
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

TERI MORRISON
86 LISA DRIVE
CRAWFORDVILLE, FL 32327

LEIGHANNE BOONE, ESQ.
THE BOONE LAW FIRM, P.A.
207 WEST PARK AVE., SUITE A
TALLAHASSEE, FL 32301

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh Duncan Glidewell
OFFICE OF CHAPTER 13 TRUSTEE