**Fill in this information to identify the case:**

Debtor 1     TERI MORRISON

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Northern</u> District of <u>Florida</u>

Case number <u>20-40087-KKS</u>

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>WILMINGTON SAVINGS FUND SOCIETY,</u>     **Court claim no**. (if known):  <u>14</u>
<u>AS TRUSTEE OF  DISCOVERY MORTGAGE LOAN TRUST</u>

**Last four digits** of any number you use to
identify the debtor's account:  <u>4592</u>

**Does this notice supplement a prior notice of
postpetition fees, expenses, and charges?**

☐   No
☒   Yes. Date of the last notice: 04/30/2020

---

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees (Case management Plan) | 9/22/2021 | (3) | $ 250.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 ___TERI MORRISON_____     Case number *(if known)* _20-40087-KKS_
       First Name      Middle Name     Last Name

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ ___/s/Teresa M. Hair_____          Date  _01/17/2022_
    Signature

**Print:** __Teresa M. Hair (44079)__                Title  _Attorney_____
    First Name     Middle Name     Last Name

Company  _Brock & Scott, PLLC_

Address  _2001 Northwest 64th Street, Suite 130_
    Number         Street

    _Fort Lauderdale, FL 33309_____
    City          State    ZIP Code

Contact phone  _(954) 618-6955 Ext: 4774_          Email F_loridabklegal@Brockandscott.com_

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:
**TERI MORRISON**

           **DEBTOR**

**CASE NO.  20-40087-KKS**
**CHAPTER 13**

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Postpetition Mortgage Fees, Expenses, And Charges has been electronically served or mailed, postage prepaid on this day to the following:

TERI MORRISON
86 LISA DR
CRAWFORDVILLE, FL 32327

Leighanne Boone, Debtor's Attorney
The Boone Law Firm
207 West Park Ave., Suite A
Tallahassee, FL 32301
LBoone@TheBooneLawFirm.com

Leigh Duncan Glidewell, Bankruptcy Trustee
P.O. Box 646
Tallahassee, FL 32302

United States Trustee, US Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301

January 17, 2022

                                  */s/ Teresa M. Hair*
                                  Teresa M. Hair
                                  (Bar No. 44079)
                                  Attorney for Creditor
                                  BROCK & SCOTT, PLLC
                                  2001 Northwest 64th Street, Suite 130
                                  Fort Lauderdale, FL 33309
                                  Telephone:  (954) 618-6955 Ext: 4774
                                  Facsimile:  954-618-6954
                                  E-Mail:  Floridabklegal@Brockandscott.com

# INVOICE

Invoice #: ████████

Invoice Date: ████████

# Brock & Scott, PLLC

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103
(336)354-1200 - phone
(336)354-1206 - fax

| Client: | Name and Address: |
|---|---|
| Carrington Mortgage Services, LLC<br>1600 South Douglass Road, Suite 200-A<br>Anaheim, CA, 92806 | Barksdale, Teri G.<br>86 Lisa Drive<br>Crawfordville, FL, 32327 |

| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 19-F02592 FC01 | ████████ | FHA | ████████ | Hold |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Addtnl Atty Fee<br>  Service Date: 09/22/2021 | Foreclosure ████████ | 250.00 |

Please include a copy of this invoice with your remittance to:

  1315 Westbrook Plaza Drive, Suite 100
  Winston-Salem, NC 27103
  EIN #████████
  E-Mail: AcctsRec@brockandscott.com

**Balance Due:**          **250.00**